# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00228-01-CR-W-DGK |
| | ) | |
| MATTHEW HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 29, 2018, the Grand Jury returned a three-count Indictment charging the Defendant, Matthew Harris, with possession with intent to distribute methamphetamine, possession of a firearm in furtherance of drug trafficking and felon in possession of firearms.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
  Government: Robert M. Smith
    Case Agent: ATF Teddy Horton
  Defense: Anita L. Burns
    Assisting: Kendra Jackson

**OUTSTANDING MOTIONS**:  No outstanding motions.

**TRIAL WITNESSES**:
  Government: 3-4 with stipulations; 5-6 without stipulations
  Defendant: 2 witnesses, not including the Defendant

**TRIAL EXHIBITS:**
  Government: approximately 30-40 exhibits
  Defendant: approximately 5-10 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:

( ) Definitely for trial; ( ) Possibly for trial; (X) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
    Government's case including jury selection: 2 day(s)
    Defendant: ½ day(s)

**STIPULATIONS**: Stipulation as to felony status and nexus on the firearms.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Due on or before May 29, 2019.
        Defendant: Due on or before May 29, 2019.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due on or before June 5, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: None anticipated. Due on or before June 5, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for June 10, 2019.

    **Please note:**

    **IT IS SO ORDERED**

                                         */s/ Lajuana M. Counts*
                                         LAJUANA M. COUNTS
                                         UNITED STATES MAGISTRATE JUDGE