# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18-cr-00228-DGK-1 |
| MATTHEW HARRIS, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On June 19, 2019, the Honorable Lajuana M. Counts, U.S. Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (Doc. 32) recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of (1) knowingly and intentionally possessing with the intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), as charged in Count One of the Indictment, and (2) possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c), as charged in Count Two of the Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court has reviewed de novo the transcript of the hearing held before Judge Counts on June 18, 2019. In light of the evidence in the record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crimes in Counts One and Two of the Indictment.

**IT IS SO ORDERED.**

Date: July 12, 2019 　　　　　　　　　　　　  /s/ Greg Kays
　　　　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT